1  Gerald B. Taylor, Jr. (TAY026)
   Andy D. Birchfield, Jr. (BIR006)
2  Navan Ward, Jr. (WAR062)
   BEASLEY, ALLEN, CROW, METHVIN,
3  PORTIS & MILES, P.C.
   Post Office Box 4160
4  Montgomery, Alabama 36103-4160
5  (334) 269-2343 telephone
   (334) 954-7555 facsimile
6
   Attorneys for Plaintiffs
7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN FRANCISCO DIVISION)
11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
|---|---|---|
| 14 | GERALDINE AELLIG, et al., | Case No. 3:05-cv-4780-CRB |
| | Plaintiffs, | |
| | v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |
| | PFIZER, INC., et al., | |
| | Defendants. | |

20
21  **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs,
22  Tatyana Gorelik and Carolyn S. Richards, and counsel for the Defendants that all claims of
23  individual Plaintiffs Tatyana Gorelik and Carolyn S. Richards, only, are hereby dismissed, with
24  prejudice, as all claims pertaining to Tatyana Gorelik and Carolyn S. Richards have been settled
25  between the parties.
26
27
28

COMPLAINT

|   |   |
|---|---|
| Dated: March 9, 2007 | Respectfully submitted:<br><br>By: _____<br>Gerald B. Taylor, Jr. (AL State Bar No. TAY026)<br>Email: jerry.taylor@beasleyallen.com<br>Navan Ward, Jr. (AL State Bar No. WAR062)<br>Email: navan.ward@beasleyallen.com<br>Andy D. Birchfield, Jr. (AL State Bar No. BIR006)<br>Email: andy.birchfield@beasleyallen.com<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>Post Office Box 4160<br>Montgomery, Alabama 36103-4160<br>(334) 269-2343 telephone<br>(334) 954-7555 facsimile<br>*Attorneys for Plaintiffs*<br>*Tatyana Gorelik and Carolyn S. Richards* |
| Dated: 3-12-07 | By: _____<br>Stuart M. Gordon, Esq.<br>Gordon & Rees<br>Embarcadero Center West<br>275 Battery Street 20th Floor<br>San Francisco, CA 9411<br>(415) 986-5900 (Tel.)<br>(415) 986-8054 (Fax)<br>*Defendant's Liaison Counsel*<br><br>Robert C. Tucker<br>Tucker Ellis & West LLP<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland, OH 44113-1475<br>Telephone: (216) 592-5000<br>Facsimile: (216) 592-5009<br>*Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 16, 2007

_____
Honorable Charles R. Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*