Kenneth J. Ignozzi
**DYER, GAROFALO, MANN & SCHULTZ, L.P.A.**
131 North Ludlow Street,
Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-226-9420
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 05-4780 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Geraldine Aellig, as wrongful death Beneficiary of the Estate of Vernon K. Aellig, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>G.D. Searle, LLC., et al.,<br><br>Defendants. | AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs Geraldine Aellig, as wrongful death Beneficiary of the Estate of Vernon K. Aellig, Heather D. Albright, Robert L. Bond, as wrongful death Beneficiary of the Estate of Katherine G. Bond, Deceased, Bernice S. Boone, Richard M. Brown, Monroe G. Combs, Nancy L. Danko, Sharon Farrey, as wrongful death Beneficiary of the Estate of Florida M. Farrey, Deceased, Carol J. Gleason, Margaret Hogston, as wrongful death Beneficiary of the Estate of Elden F. Hogston, Deceased, Jacqueline M. Keach, Rowe W. Maxwell, Sr., Frances M. Montford, Sonnie Smith, as wrongful death Beneficiary of the Estate of Terry D. Smith, Deceased, Mickey F. Thomas, and Lorena J. Webster, in the above-entitled action and

-1-

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 11-16, 2009    By: /s/ [signature]

DYER, GAROFALO, MANN & SCHULTZ, L.P.A.
131 North Ludlow Street,
Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-226-9420

*Attorneys for Plaintiffs*

DATED: Dec. 16, 2009    By: /s/ [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010    /s/ [signature]
Hon. Charles R. Breyer
United States District Court

-2-